# UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

John A. Cerino
CLERK

Unit 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

January 3, 2018

TO:    Paul Gaffney, Esq.                     Marty Koresawa, Esq.
       Charles McCloud, Esq.                  Matthew M. Wolf, Esq.
       Shaun P. Mahaffy, Esq.                 Arnold & Porter, LLP
       Stanley E. Fisher, Esq.                777 S. Figueroa St., 44th Floor
       Williams & Connolly LLP                Los Angeles, CA 90017
       725 12th Street, N.W.
       Washington, D.C. 20005                 Allison Mullins, Esq.
                                              Stephen McDaniel Russell, Jr., Esq.
       Michael W. Mitchell, Esq.              Mullins, Duncan, Harrell & Russell, PLLC
       Smith, Anderson, Blount,               300 N. Greene Street, Suite 2000
       Dorsett, Mitchell & Jernigan           Greensboro, NC 27401
       POB 2611
       Raleigh, NC 27602-2611


       RE:    DE Case CA 18-21-UNA
              MD/NC Case CA 1:17-102-NCT-JEP
              **Biomerieux, Inc., et al., v. Hologic, Inc., et al.,**


Dear Counsel:

      The above referenced action was transferred to the U.S. District Court on January 3, 2018.

      Pursuant to Local Rule 83.5 (Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, effective August 1, 2016) it is required that all parties associate themselves with local counsel.  Local Rule 83.5 (d) and (e) read as follows:

      (d)  Association with Delaware Counsel required. Unless otherwise ordered, an attorney not admitted to practice by the Supreme Court of the State of Delaware may not be admitted *pro hac vice* in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business ("Delaware counsel"). Consistent with CM/ECF Procedures, Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. Unless otherwise ordered, Delaware counsel shall attend proceedings before the Court.

      (e)  Time to Obtain Delaware Counsel.  A party not appearing *pro se* shall obtain representation by a member of the Bar of this Court or have its counsel associate with a member of the Bar of this Court in accordance with D.Del. LR 83.5(d) within 30 days after:

      (1)  The filing of the first paper filed on its behalf; or

      (2)  The filing of a case transferred or removed to this Court.

      Failure to timely obtain representation shall subject the defaulting party to appropriate sanctions under D.Del. LR 1.3(a).

Please have your local counsel enter an appearance on or before **February 5, 2018**.

Sincerely,

John A. Cerino
Clerk of Court

By: /s/ __N. Nolt_____
     **Deputy Clerk**