# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOMÉRIEUX, S.A., BIOMÉRIEUX, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HOLOGIC, INC., GRIFOLS S.A., and GRIFOLS DIAGNOSTIC SOLUTIONS INC.,<br><br>Defendants. | C.A. No. 18-21-LPS-CJB |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through the undersigned counsel, and subject to the approval of the Court, that the parties shall comply with the following briefing schedule regarding Defendants' forthcoming motion to sever their license defense pursuant to Rule 42(b) of the Federal Rules of Civil Procedure:

1. Defendants' Motion and Opening Brief to be served by May 31, 2018.

2. Plaintiffs' Response Brief to be served by June 21, 2018.

3. Defendants' Reply Brief to be served by July 2, 2018.

Dated:  May 11, 2018

| | |
|---|---|
| **MCCARTER & ENGLISH LLP** | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
| */s/ Daniel M. Silver* | */s/ Karen L. Pascale* |
| Daniel M. Silver (#4758) | Karen L. Pascale (#2903) |
| Renaissance Centre | Pilar G. Kraman (#5199) |
| 405 N. King Street, 8th Floor | Rodney Square |
| Wilmington, Delaware 19801 | 1000 North King Street |
| (302) 984-6300 | Wilmington, DE  19801 |
| dsilver@mccarter.com | (302) 571-6600 |
| | kpascale@ycst.com |
| Paul B. Gaffney | pkraman@ycst.com |
| Stanley E. Fisher | |
| Charles L. McCloud | Matthew M. Wolf |
| Shaun P. Mahaffy | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| **WILLIAMS & CONNOLLY LLP** | 601 Massachusetts Ave., NW |
| 725 Twelfth Street, NW | Washington, DC 20001 |
| Washington, DC 20005 | Telephone: (202) 942-5000 |
| (202) 434-5000 | Matthew.Wolf@arnoldporter.com |
| wc-biomerieux@wc.com | |
| | Jennifer A. Sklenar |
| *Attorneys for Plaintiffs* | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| | 777 South Figueroa St., 44th Floor |
| | Los Angeles, CA 90015 |
| | (213) 243-4000 |
| | Jennifer.Sklenar@arnoldporter.com |
| | |
| | David K. Barr |
| | Kyle D. Gooch |
| | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| | 250 West 55th Street |
| | New York, New York 10019-9710 |
| | (212) 836-8000 |
| | David.Barr@arnoldporter.com |
| | Kyle.Gooch@arnoldporter.com |
| | |
| | Masanori Koresawa |
| | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| | 3 Embarcadero Center, 10th Floor |
| | San Francisco, CA 94111-4024 |
| | (415) 471-3100 |
| | Marty.Koresawa@arnoldporter.com |
| | *Attorneys for Defendants* |

SO ORDERED this \_\_\_\_\_ day of _____, 2018

_____
UNITED STATES MAGISTRATE JUDGE

ME1 27212083v.1